

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2022

No. 04-22-00372-CR

Miguel Angel **MEZA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021CRC000830-D1
Honorable Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

The reporter's record was due on August 15, 2022.  After the due date, on September 16, 2022, court reporter Annette E. Escobar filed a notification of late reporter's record.

The court reporter's request is **granted**.  The reporter's record is due on October 13, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court

